IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LAMAR SALTER, JR.,

    Plaintiff,

VS.                          NO. 04-3058-MaV

CNA GROUP LIFE ASSURANCE COMPANY,

    Defendant.

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

On August 12, 2005, the plaintiff filed an unopposed motion requesting that the court refer this matter to the magistrate judge to conduct a settlement conference. For good cause shown, the motion is granted and this matter is referred to Magistrate Judge Diane Vescovo for a settlement conference at a time to be determined by the magistrate judge.

It is so ORDERED this 18th day of August, 2005.

                          SAMUEL H. MAYS, JR.
                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-03058 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

David A. Thornton
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Daniel L Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT