IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -4  PM 3: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| LAMAR SALTER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-3058 Ma V |
| | ) | |
| | ) | |
| HARTFORD LIFE GROUP INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION

This action came before the Court on the parties' Joint Motion to Continue Deadlines by Thirty Days. The Court finds that there is good cause for joint motion and that it should be granted. Therefore, it is ORDERED that:

1.  The deadline for the parties to file motions for judgment is extended to November 2, 2005.

2.  The deadline to file the reply brief is extended to December 2, 2005.

It is so ORDERED.

_Diane K. Vescovo_

United States ~~District~~ Judge
_Magistrate_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-6-05_

13

Approved for entry:


By: L. Daniel Johnson (TN 10006)
Law Office of L. Daniel Johnson
254 Court Avenue, Suite 301
Memphis, TN 38103
(901) 543-0700


Attorneys for Plaintiff, Lamar Salter, Jr.


and


By: David A. Thornton (TN 11158)
Bass, Berry, & Sims, PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103-3672
(901) 543-5922


Attorneys for Defendant, Hartford Life Group Insurance Company

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-03058 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

David A. Thornton
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Daniel L Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT