IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| LAMAR SALTER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:04-cv-3058 |
| | ) | |
| HARTFORD LIFE GROUP INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the consent of the parties as is evidenced by the signatures below and upon the statement of counsel for the parties that all matters in controversy among the parties have been compromised and settled, it appears to the Court that this action filed against the defendant should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that this action is hereby dismissed, with prejudice, with each party to bear its own costs.

_____
**JUDGE**
**DATE:** December 5, 2005

This document entered on the docket sheet in compliance
12-8-05

15

CONSENTED TO AND APPROVED BY:

_____
L. Daniel Johnson (010006)
Law Office of L. Daniel Johnson
PO Box 40166
Memphis, TN 38174-0166

Attorneys for Lamar Salter, Jr.


_____
David A. Thornton (011158)
Bass, Berry, & Sims, PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103-3672
(901) 543-5922

Attorneys for Hartford Life Group Insurance Company

5114930v.1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-03058 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Daniel L Johnson
DANIEL JOHNSON & ASSOCIATES
2552 Poplar
Ste 213
Memphis, TN 38112

David A. Thornton
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT