UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 20 PM 1:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

LAMAR SALTER, JR.,

    Plaintiff,

v.                                            Cv. No. 04-3058-Ma

HARATFORD LIFE GROUP INSURANCE
COMPANY,

    Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal with Prejudice, docketed December 8, 2005. Each party to bear its own costs.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 20, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-03058 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

David A. Thornton
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Daniel L Johnson
DANIEL JOHNSON & ASSOCIATES
2552  Poplar
Ste 213
Memphis, TN 38112

Honorable Samuel Mays
US DISTRICT COURT